# Court of Appeals
# of the State of Georgia

ATLANTA, __June 09, 2015__

*The Court of Appeals hereby passes the following order:*

## A15A1871. JULIETH THOMAS v. GWINNETT HOSPITAL SYSTEM, INC.

Gwinnett Hospital System, Inc. filed an action against Julieth Thomas to recover on an account. On February 23, 2015, the trial court entered a consent judgment awarding Gwinnett Hospital System $964.60 in principal and $248.00 in court costs. Thomas filed this direct appeal on March 30, 2015. We lack jurisdiction for two reasons.

First, the discretionary appeal procedure is required where – as here – a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996). Second, Thomas's notice of appeal was untimely, as it was filed 35 days after entry of the final order. See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days of entry of the challenged decision). For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/09/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*